# United States District Court
# Central District of California

| | |
|---|---|
| JAIMIE S. CALLANTA,<br><br>    Plaintiff,<br><br>    v.<br><br>MIDLAND CREDIT MANAGEMENT, INC.; DOES 1–10, inclusive,<br><br>    Defendants. | Case No. 2:14-cv-02644-ODW(ASx)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

On May 16, 2014, the parties informed the Court that they reached a settlement in this action and request 40 days to finalize settlement. The Court therefore **VACATES** all outstanding dates in this action and **ORDERS** the parties to **SHOW CAUSE** in writing by Wednesday, June 25, 2014, why they have not finalized settlement. No hearing will be held. The parties shall respond in writing. The Court will discharge this Order upon the filing of a stipulated dismissal. Failure to respond will result in dismissal for lack of prosecution.

**IT IS SO ORDERED.**

May 16, 2014

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**